UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
LUIGI GIROTTO,                                          :
                                                        :
                              Plaintiff,                :
                                                        :                24-CV-8836 (VSB)
              -against-                                 :
                                                        :                **<u>ORDER</u>**
FASHION RETAIL NYC LLC *and* RHC                        :
OPERATING LLC,                                          :
                                                        :
                              Defendants.               :
                                                        X
--------------------------------------------------------

<u>VERNON S. BRODERICK, United States District Judge</u>:

On January 31, 2025, Defendant RHC Operating LLC filed a letter motion to consolidate

the above-titled action with two other cases pending in this district.  (Doc. 15.)  The other parties

in this action are directed to file their response to Defendant RHC's motion, if any, by February

4, 2025.

SO ORDERED.

Dated:    January 31, 2025
          New York, New York

          _____
          VERNON S. BRODERICK
          United States District Judge